BENJAMIN B. WAGNER
Acting United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>                    Plaintiff, )<br>                              )<br>          v.                 )<br>                              )<br>JOSE GUADALUPE ROBLEDO-       )<br>   MELENDEZ, aka Rafa, et al. )<br>                              )<br>                    Defendants.)<br>_____) | CR. NO. S-99-0295 JAM<br><br>**GOVERNMENT'S MOTION TO DESTROY T-III TAPES;  ORDER** |

   The government moves for authorization for the U.S. Drug Enforcement Administration to destroy the original recordings of the Court authorized intercepted telephone communications in the above captioned closed case.  18 U.S.C. § 2518(8)(a) requires Court authorization to do so.  No defendants are left open; no appeals are pending; the case is over.  DEA wants to close out their file and dispose of the physical evidence, including the above described recordings.  They need a Court order to do so.


Dated: March 12, 2012

                              BENJAMIN B. WAGNER
                              U.S. Attorney

                         by   /s/ Richard J. Bender
                              RICHARD J. BENDER
                              Assistant U.S. Attorney

BENJAMIN B. WAGNER
Acting United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. NO. S-99-0295 DFL - GGH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER AUTHORIZING DESTRUCTION OF** |
| | ) | **T-III ORIGINAL RECORDINGS** |
| JOSE GUADALUPE ROBLEDO- | ) | |
| MELENDEZ, aka Rafa, et al. | ) | |
| | ) | |
| Defendants. | ) | |

    Upon motion of the government, the case having been closed and good cause having been shown, it is hereby ORDERED that the Drug Enforcement Administration is authorized to destroy the original T-III recordings in the above referenced case.

Dated: March 14, 2012
                                                /s/ John A. Mende
                                                  Hon. John A. Mendez
                                                  U. S. District Court Judge